FILED IN OPEN COURT
U.S.D.C. - Atlanta

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AUG 16 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

ORIGINAL

UNITED STATES OF AMERICA

v.

LEENA F. AWAD, AND
FERNANDO CRAWFORD

CRIMINAL INDICTMENT No.

1:18-CR-318

THE GRAND JURY CHARGES THAT:

## COUNT ONE
*(Wire Fraud Conspiracy - 18 U.S.C. § 1349)*

1. Beginning in or about January 2012, and continuing through in or about December 2015, in the Northern District of Georgia and elsewhere, the defendants, LEENA F. AWAD and FERNANDO CRAWFORD, did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with each other to devise and intend to devise a scheme and artifice to defraud, and to obtain money and property, by means of materially false and fraudulent pretenses, representations, and promises, and by omission of material facts, well knowing and having reason to know that said pretenses were and would be false and fraudulent when made and caused to be made and that said omissions were and would be material, and, in so doing, caused interstate wire communications to be made, in furtherance of the scheme and artifice to defraud, in violation of Title 18, United States Code, Section 1343.

## Background

It is relevant to the Indictment that during the above-listed time period:

2. The defendant, LEENA F. AWAD, was an employee of Flood Brothers, Inc. ("Flood Brothers"), a nationwide commercial moving, storage, and office furniture installation company based in Atlanta, Georgia, in the Northern District of Georgia. The defendant, LEENA F. AWAD, was employed at Flood Brothers as a payroll specialist and human resource specialist.

3. Flood Brothers used a payroll company, Southeast Personnel Leasing, Inc. ("SPLI"), to process its payroll and disburse payroll checks to Flood Brothers employees. SPLI's subsidiary, South East Employee Leasing Services, Inc. ("SEELS"), would issue W-2s to Flood Brothers employees.

4. The defendant, LEENA F. AWAD, was responsible for sending Flood Brothers' weekly payroll spreadsheets, which included a list of the Flood Brothers employees, the number of hours each employee worked, and each employee's gross wages earned, to SPLI every week.

5. The defendants, LEENA F. AWAD and FERNANDO CRAWFORD, married one another on or about April 5, 2006.

## Manner and Means of the Conspiracy

6. Beginning in or about January 2012, the defendants, LEENA F. AWAD and FERNANDO CRAWFORD, engaged in a scheme to defraud Flood Brothers.

7. It was part of the scheme to defraud that on or about January 24, 2012, the defendants submitted new employee paperwork for the defendant, FERNANDO CRAWFORD, to SPLI representing that the defendant, FERNANDO CRAWFORD, had been hired by Flood Brothers and would be receiving paychecks from Flood Brothers. Meanwhile, Flood Brothers never hired the defendant, FERNANDO CRAWFORD, and Flood Brothers was unaware that the paperwork for the defendant, FERNANDO CRAWFORD, had been submitted to SPLI.

8. It was further part of the scheme to defraud that each week the defendant, LEENA F. AWAD, would add FERNANDO CRAWFORD as an employee on Flood Brothers' internal payroll records just before the payroll was paid. The defendant, LEENA F. AWAD, would then email Flood Brothers' payroll list, which included FERNANDO CRAWFORD's name, hours worked, and gross pay, to SPLI. After SPLI processed the payroll, LEENA F. AWAD would hide FERNANDO CRAWFORD's name from Flood Brothers' internal payroll records so that Flood Brothers would not discover the scheme.

9. The defendants' scheme to defraud caused Flood Brothers to lose approximately $1,069,881.45. The defendants used these funds for their own personal benefit. Over the course of the scheme, the defendants disbursed the funds by making substantial cash withdrawals, conducting wire transfers, and

through purchases at Mercedes Benz, restaurants, department stores, and other vendors.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS TWO THROUGH TEN
*(Wire Fraud - 18 U.S.C. §§ 1343, and 2)*

10. The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 2 through 9 of this Indictment as if fully set forth herein.

11. Beginning in or about January 2012, and continuing through in or about December 2015, in the Northern District of Georgia, the defendants, LEENA F. AWAD and FERNANDO CRAWFORD, aided and abetted by each other, knowingly devised and intended to devise a scheme and artifice to defraud, and to obtain money by means of materially false and fraudulent pretenses, representations, promises, and by omission of material facts, well knowing and having reason to know that said pretenses, representations, and promises were false and fraudulent when made and caused to be made and that said omissions were and would be material.

12. On or about the dates listed below in Column B for each count listed in Column A, in the Northern District of Georgia, the defendants, LEENA F. AWAD and FERNANDO CRAWFORD, aided and abetted by each other, for the purpose of executing and attempting to execute the aforementioned scheme and

4

artifice to defraud, and to obtain money and property by means of false and fraudulent pretenses, representations, and omissions, did, with intent to defraud, cause the wire communications identified in Column C to be transmitted by means of a wire communication in interstate commerce, inducing the gross payment listed in Column D.

| A | B | C | D |
|---|---|---|---|
| COUNT | DATE (On or about) | WIRE COMMUNICATION | GROSS PAYMENT |
| 2 | 3/24/14 | Email to SPLI attaching payroll ending 3/19/14 for 3/26/14 payment | $5,451.50 |
| 3 | 4/28/2014 | Email to SPLI attaching payroll ending 4/23/14 for 4/30/14 payment | $5,924.00 |
| 4 | 6/2/2014 | Email to SPLI attaching payroll ending 5/28/14 for 6/4/14 payment | $5,466.50 |
| 5 | 8/29/2014 | Email to SPLI attaching payroll ending 8/27/14 for 9/3/14 payment | $5,713.25 |
| 6 | 12/1/14 | Email to SPLI attaching payrolls ending 11/26/14 for 12/03/14 | $5,759.63 |
| 7 | 8/31/15 | Email to SPLI attaching payroll ending 8/26/15 for 9/1/15 payment | $9,854.50 |

| A | B | C | D |
|---|---|---|---|
| COUNT | DATE (On or about) | WIRE COMMUNICATION | GROSS PAYMENT |
| 8 | 9/28/15 | Email to SPLI attaching payroll ending 9/23/15 for 9/30/15 payment | $9,852.63 |
| 9 | 11/30/15 | Email to SPLI attaching payrolls ending 11/25/15 for 12/02/15 | $9,677.75 |
| 10 | 12/14/15 | Email to SPLI attaching payrolls ending 12/09/15 for 12/16/15 | $12,648.75 |

All in violation of Title 18, United States Code, Section 1343 and Section 2.

## COUNT ELEVEN
*(False Swearing in Immigration Matter - 18 U.S.C. § 1546(a))*

13. The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 2 through 9 of this Indictment as if fully set forth herein.

14. On or about August 3, 2014, in the Northern District of Georgia, the defendant, LEENA F. AWAD, did knowingly subscribe as true under penalty of perjury under 28 U.S.C. § 1746 a false statement with respect to a material fact in an application required by the immigration laws and regulations; that is, in an Application to Register Permanent Residence or Adjust Status, Form I-485, LEENA F. AWAD stated that she had not "committed any crime of moral turpitude . . . for which [she had] not been arrested" which statement the defendant then and there knew was false, in that the defendant had in fact

committed a crime of moral turpitude for which she had not been arrested when she engaged in a scheme to defraud Flood Brothers beginning in or about January 2012, in violation of Title 18, United States Code, Section 1546(a).

### COUNT TWELVE
*(False Swearing in Immigration Matter - 18 U.S.C. § 1546(a))*

15. The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 2 through 9 of this Indictment as if fully set forth herein.

16. On or about August 3, 2014, in the Northern District of Georgia, the defendant, FERNANDO CRAWFORD, did knowingly subscribe as true under penalty of perjury under 28 U.S.C. § 1746 a false statement with respect to a material fact in an affidavit required by the immigration laws and regulations; that is, in an Affidavit of Support, Form I-864, FERNANDO CRAWFORD stated that he was currently employed at "Flood Brothers, Inc." as a "Senior Project Manager," which statement the defendant then and there knew was false, in that the defendant did not work for Flood Brothers in violation of Title 18, United States Code, Section 1546(a).

## FORFEITURE PROVISION

1. Upon conviction of one or more of the offenses alleged in Counts 1 through 10 of this Indictment, the defendants, LEENA F. AWAD and FERNANDO CRAWFORD, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2641(c), all property, real and personal, which constitutes or is derived from proceeds traceable to said violation.  The property to be forfeited includes, but is not limited to, a sum of money in United States currency, representing the amount of proceeds obtained as a result of the offenses alleged in Counts 1 through 10 of this Indictment.

2. If, as a result of any act or omission of the defendants, any property subject to forfeiture:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

A _____TRUE_____ BILL

_____
FOREPERSON

BYUNG J. PAK
*United States Attorney*

JOLEE PORTER
*Assistant United States Attorney*
Georgia Bar No. 462455

600 U.S. Courthouse • 75 Ted Turner Drive, SW
Atlanta, GA 30303 • 404-581-6000

9