U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG 16 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2018R00315)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Fulton

DISTRICT COURT NO. 1:18-CR-318-1

MAGISTRATE CASE NO.

| Indictment | Information | Magistrate's Complaint |
|---|---|---|
| DATE: 8-16-18 | DATE: | DATE: |

**UNITED STATES OF AMERICA**
vs.
LEENA F. AWAD

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: Felony

### Defendant Information:

Is the defendant in custody?     No
Will the defendant be arrested pending outcome of this proceeding?     No
Is the defendant a fugitive?     No
Has the defendant been released on bond?     No

Will the defendant require an interpreter?     No

District Judge:

Attorney: Jolee Porter
Defense Attorney: