IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEENA F. AWAD | Criminal Action No.<br><br>1:18-CR-318-MLB-JKL |

**UNITED STATES MOTION FOR REVOCATION OF RELEASE ORDER AND STAY OF RELEASE ORDER**

The United States of America, by Byung J. Pak, United States Attorney, and Jolee Porter, Assistant United States Attorney for the Northern District of Georgia, files this United States Motion for Revocation of Release Order and Stay of Release Order pursuant to 18 U.S.C. § 3145.

On August 16, 2018, a federal grand jury in the Northern District of Georgia issued an indictment charging Leena F. Awad with (1) wire fraud conspiracy, in violation of 18 U.S.C. § 1349, (2) nine counts of wire fraud, in violation of 18 U.S.C. §§ 3143, and (3) false swearing in an immigration matter, in violation of 18 U.S.C. § 1546(a). (Doc. 1).

Awad is a citizen of Jordan with significant ties to Jordan. Awad's parents and five sisters reside in Jordan. Awad maintains daily telephonic communication with her family members in Jordan.

On August 24, 2018, Magistrate Judge Larkins conducted a detention hearing and denied the United States' motion to detain defendant. Judge Larkins ordered that Awad would be released on a $25,000 unsecured bond. In addition,

1

the court ordered that Awad must surrender her passport and undergo location monitoring.

Judge Larkins orally stayed his order of release for the United States to seek review of the order. The United States told the court it would file its motion by the end of the day Monday, August 27, 2018. In an effort to expedite the process, the United States is filing its motion today, on Friday, August 24, 2018.

The United States, therefore, now files with this Court, the court having original jurisdiction of the offense alleged in the Indictment, this motion for revocation of the order of release under 18 U.S.C. § 3145. Additionally, the United States requests that this Court enter an order staying the magistrate judge's release order and conduct its own *de novo* hearing on the issue of whether there exist any condition or combination of conditions that would ensure the appearance of Awad here in the Northern District of Georgia.

## Conclusion

WHEREFORE, the United States respectfully requests that the Court GRANT the United States' request for a stay of Awad's release order until such time as this Court can conduct a *de novo* hearing to determine whether any condition or combination of conditions of release can adequately assure defendant's appearance on the charges in this district and set a date for the *de novo* hearing.

Respectfully submitted,

BYUNG J. PAK
*United States Attorney*

/s/JOLEE PORTER
*Assistant United States Attorney*
Georgia Bar No. 462455
Jolee.Porter@usdoj.gov

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system.

August 24, 2018

/s/ Jolee Porter

Jolee Porter

*Assistant United States Attorney*