IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

United States of America,

v.  Case No. 1:18-cr-00318

Leena F. Awad (1),  Michael L. Brown
United States District Judge
        Defendant.

_____/

## ORDER

Before the Court is the Government's Motion to Stay (Dkt. 18) the release order entered by Magistrate Judge John K. Larkins, III (Dkt. 21). For good cause shown, the Court **GRANTS** the Government's motion and **STAYS** the Magistrate Judge's order of release. Defendant Leena F. Awad shall be **DETAINED** until the district court can conduct a *de novo* review on the issue of bond. The Clerk of Court shall serve a copy of this order on the United States Marshals Service.

    **IT IS SO ORDERED**.

Dated: August 24, 2018
Atlanta, Georgia

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE