# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cr-00318-MLB-JKL
## USA v. Awad et al
## Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 08/28/2018.

TIME COURT COMMENCED: 11:25 A.M.
TIME COURT CONCLUDED: 12:55 P.M.
TIME IN COURT: 1:30
OFFICE LOCATION: Atlanta

COURT REPORTER: Wynette Blathers
USPO: Krystal Batchelor/Travis Smith
DEPUTY CLERK: Benjamin Thurman

| | |
|---|---|
| DEFENDANT(S): | [1]Leena F. Awad Present at proceedings |
| ATTORNEY(S) PRESENT: | Jolee Porter representing USA<br>Rebecca Shepard representing Leena F. Awad |
| PROCEEDING CATEGORY: | Appeal Hearing of Magistrate Judge Order(Other Evidentiary Hearing-Contested); |
| MINUTE TEXT: | Hearing held regarding the Government's Motion for Revocation of Release Order [18]. The Court heard testimony from both parties. Government Exhibits 1-8 admitted without objection. Defense Exhibits 1-5 admitted without objection. The Court GRANTS the Government's Motion for Revocation of Release Order [18], REVOKES the Magistrate Judge's Order of Release [21], and orders Defendant DETAINED pending trial. A written order is forthcoming. |
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |