10665655

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

**ORIGINAL**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **WARRANT FOR ARREST** |
| vs. | |
| LEENA F. AWAD | CASE NO. 1:18-CR-00318 MLB |
| **AGENT TO ARREST** | |

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest LEENA F. AWAD and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition

Charging him or her with (brief description of offense): Wire Fraud Conspiracy

in violation of **Title 18, United States Code, Section(s) 1349**

| | |
|---|---|
| JAMES N. HATTEN | Clerk, U.S. District Court |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | August 17, 2018 at Atlanta, Georgia |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $_____    By: _____
                                  Name of Judicial Officer

---

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

**RETURN**

AUG 28 2018
JAMES N. HATTEN, Clerk
By: *[signature]* Deputy Clerk

This warrant was received and executed with the arrest of the above-named defendant at: FBI

Date Received: 8-17-18

Name and Title of Arresting Officer: S. Ryskoski, S/A

Date of Arrest: 8-22-18

Signature of Arresting Officer

# 71831-019

AO 442 (12/85) Warrant for Arrest

# ORIGINAL

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

LEENA F. AWAD
**AGENT TO ARREST**

**WARRANT FOR ARREST**

CASE NO. 1:18-CR-00318

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest LEENA F. AWAD and bring him or her forthwith to the nearest magistrate to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Wire Fraud Conspiracy

in violation of Title 18, United States Code, Section(s) 1349

| | |
|---|---|
| JAMES N. HATTEN | Clerk, U.S. District Court |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | August 17, 2018 at Atlanta, Georgia |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $_____ By: _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: 8/20/18

Date of Arrest: 8/22/18

SA Stephen Ryskoski
Name and Title of Arresting Officer

*[signature]*
Signature of Arresting Officer