IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>v.<br><br>LEENA F. AWAD (1)<br><br>    Defendant. | CRIMINAL ACTION FILE NO.<br><br>1:18-CR-318-MLB-JKL-1 |

## **ORDER**

Defendant Leena Awad has filed an unopposed motion for extension of time to file pretrial motions and to continue the pretrial conference. [Doc. 40.] The government does not object. Defendant's motion is GRANTED. Defendant Awad shall have until **October 12, 2018** to file any necessary pretrial motions. The pretrial conference as to Defendant Fernando Crawford, is hereby rescheduled to **Monday, October 15, 2018, at 9:30 a.m.**

The delay between the original and the rescheduled pretrial conference shall be excluded from Speedy Trial Act calculations because the Court finds that the

reason for the delay was for good cause, as defense counsel needs additional time to review discovery and to determine what potential pretrial motions to file. The interests of justice in granting the continuance outweigh the public's and the defendant's rights to a speedy trial. 18 U.S.C. § 3161, *et seq.* The clerk is DIRECTED to exclude time from computation under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(7)(A) & (B)(i).

IT IS SO ORDERED this 13th day of September, 2018.

_____
JOHN K. LARKINS III
United States Magistrate Judge